# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN DERON COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 5:15-cv-01968-RDP-JEO |
| CHRISTOPHER GORDEY et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On May 27, 2016, the Magistrate Judge entered a Report and Recommendation, recommending that the motion for summary judgment be granted and this action be dismissed with prejudice. (Doc. 29). Plaintiff filed no objections to the Report and Recommendation. The court has considered the entire file in this action, together with the Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of this court. The motion for summary judgment is due to be granted and this action is due to be dismissed with prejudice. A separate Order will be entered.

**DONE** and **ORDERED** this August 29, 2016.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE